**FILED**
CLERK, U.S. DISTRICT COURT

12/13/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:22-cr-00586-ODW |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. §§ 208(a), 216(a)(2): Conflict of Interest] |
| JACQUES POLZIN, | |
| Defendant. | |

The Grand Jury charges:

## COUNTS ONE THROUGH EIGHT

[18 U.S.C. §§ 208(a), 216(a)(2)]

A. <u>PERSONS AND ENTITIES</u>

At times relevant to this Indictment:

1. Beginning on or about November 21, 2010 and continuing through the present, the Department of Homeland Security, Immigration and Customs Enforcement ("DHS ICE") employed defendant JACQUES POLZIN. Between on or about February 13, 2018 and on or about September 30, 2020, defendant POLZIN worked as a Vehicle Control Officer within DHS ICE, with a salary of at least $100,000 per year plus benefits.

2.  As a Vehicle Control Officer, defendant POLZIN was responsible for maintaining and safeguarding DHS ICE-owned and operated vehicles.  Defendant POLZIN obtained estimates for and approved vehicle repairs and parts installation for vehicles owned and operated by DHS ICE.

3.  Company A was a business located in Santa Fe Springs, California, within the Central District of California, that provided automotive services, such a vehicle repairs, and sold and installed automotive parts.  As of August 25, 2017, defendant POLZIN's spouse, Individual A, owned and operated Company A.  Defendant POLZIN had an ownership interest in Company A.

4.  Beginning on or about December 6, 2019 through April 27, 2021, defendant POLZIN approved service and parts orders for Company A to provide automotive services, such as vehicle repairs and installation of automotive parts, to DHS ICE.

5.  Defendant POLZIN did not disclose to DHS ICE defendant POLZIN's or Individual A's financial interest in Company A.

B.   THE CONFLICT OF INTEREST

6.  On or about the following dates, in Los Angeles County, within the Central District of California, defendant POLZIN, while employed by the executive branch of the United States Government, namely, DHS ICE, knowingly and willfully participated personally and substantially as a Government officer and employee, through decision, approval, recommendation, the rendering of advice, and otherwise, in an application, contract, claim, and other particular matters in which defendant POLZIN, Individual A, and an organization in which defendant POLZIN and Individual A were serving as an officer, director, or employee, namely, Company A, had a financial interest:

2

| COUNT | TRANSACTION DATE | CLAIM |
|---|---|---|
| ONE | December 9, 2019 | Claim submitted by Company A for automotive services in the amount of $445.00 on DHS-ICE vehicle number XXXX4364 |
| TWO | January 3, 2020 | Claim submitted by Company A for automotive services in the amount of $1,777.22 on DHS-ICE vehicle number XXXX4395 |
| THREE | February 11, 2020 | Claim submitted by Company A for automotive services in the amount of $1,635.44 on DHS-ICE vehicle number XXXX6510 |
| FOUR | April 23, 2020 | Claim submitted by Company A for automotive services in the amount of $4,999.12 on DHS-ICE vehicle number XXXX4391 |
| FIVE | April 24, 2020 | Claim submitted by Company A for automotive services in the amount of $2,443.58 on DHS-ICE vehicle number XXXX8482 |

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

| COUNT | TRANSACTION DATE | CLAIM |
|---|---|---|
| SIX | April 29, 2020 | Claim submitted by Company A for automotive services in the amount of $1,032.56 on DHS-ICE vehicle number XXXX6263 |
| SEVEN | June 4, 2020 | Claim submitted by Company A for automotive services in the amount of $1,356.67 on DHS-ICE vehicle number XXXX6276 |
| EIGHT | August 15, 2020 | Claim submitted by Company A for automotive services in the amount of $1,356.67 on DHS-ICE vehicle number XXXX6276 |

A TRUE BILL

          /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

DOMINIQUE CAAMANO
Assistant United States Attorney
Environmental and Community
Safety Crimes Section